IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DAVID CLINTON PRAYTOR**                                              **PLAINTIFF**

v.                                                                               **No. 3:22CV127-GHD-DAS**

**BRIAN FALATKO, ET AL.**                                       **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the instant case is **DISMISSED** with prejudice as untimely filed.

**SO ORDERED**, this, the 11th day of October, 2022.

_____
SENIOR JUDGE